UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE DE ANDA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-224 |
| | § | |
| COVINGTON SPECIALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

In accordance with the Court's Order Granting Defendant Covington Specialty Insurance Company's ("Covington") Motion for Summary Judgment, the Court hereby **ORDERS** that judgment is entered in favor of Covington and all of Plaintiffs Jose De Anda and Elvira De Anda's causes of action against Covington are **DISMISSED** with prejudice.

SO ORDERED this 11th day of April, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge